ALLYN *vs*. THE COMMISSIONERS OF HIGHWAYS OF THE TOWN
OF SCHODACK.

On a common law certiorari, the court will not review the facts upon which
is founded the decision of the judges of the common pleas, upon an appeal
to them from an order of commissioners of highways in the laying out of
a road.

Whether upon such a writ, this court have power to inquire beyond the ques-
tion of jurisdiction, *quere*.

THIS was a *certiorari* directed to three judges of the court
of common pleas of the county of Rensselaer, to bring up
proceedings had before them *on an appeal* from an order of
the commissioners of highways of the town of Schodack
declaring a certain road to have become a *public highway* by
*use*, laying out the same accordingly, and directing it to be
recorded ; which order was affirmed by the judges.

*J. Koon*, for the plaintiff in error.

*G. Palmer & D. Buel, jun.* for the defendants in error.

*By the Court*, BRONSON, J. If we can upon this common
law writ of certiorari go beyond the question of *jurisdiction*
in the judges and commissioners, and review questions of
*law*, it is certain that we cannot review questions of *fact*.

. Whether this highway had been used for more than 20 years—whether as a public or a private road—and whether the road was required for the accommodation of the public, are all mere questions of fact, which have been passed upon by the judges and commissioners; and if they have erred, the error cannot be reached by this proceeding.

We must be governed by the return as amended, and not by the other papers which have been submitted : and looking at the case on the facts stated by the judges, there is no ground upon which we can interfere.

Proceedings affirmed.